```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-24-10
```

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

T. STEVEN HAR
DIRECT DIAL: 212.692.1055
PERSONAL FAX: 212.202.6040
E-MAIL: tshar@duanemorris.com

www.duanemorris.com

# MEMO ENDORSED

August 19, 2010

**VIA FACSIMILE – (212) 805-7949**

Judge P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Initial Pretrial Conference Vacated. Plaintiff may file a motion for a default judgment.*
**SO ORDERED**
8-24-10

Re: **KEB NY FINANCIAL CORP. v. WINCHESTER PROPERTY LLC, et al.**
2010 Civ. 03311 (PKC)

Dear Judge Castel:

We represent KEB NY FINANCIAL CORP., plaintiff in the above-referenced action.

This letter is written to request an adjournment or to cancel the Initial Scheduling Conference presently scheduled for August 27, 2010. The reason for requesting the adjournment or cancellation is because the defendants have not appeared as of this date. The Complaint was served on April 26, 2010, and the Answer was due on May 17, 2010. Plaintiff believes that it would save judicial resources if the Initial Scheduling Conference is adjourned or cancelled and allow plaintiff to file an application for default judgment.

Thank you for your consideration.

Respectfully submitted,

T. Steven Har

TSH:jlw
cc: Winchester Property, LLC
    Sun Hee Chun
DM1\2306416.1

---

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                                    PHONE: 212.692.1000   FAX: 212.692.1020