T. Steven Har (TH2601)
Duane Morris LLP
1540 Broadway
New York, New York 10110
(212) 692-1000
(212) 692-1020
TSHar@duanemorris.com

*Attorneys for Plaintiff*
*KEB NY Financial Corp.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEB NY Financial Corp.<br><br>　　　　Plaintiff,<br><br>v.<br><br>Winchester Property LLC and Sun Hee Chun<br><br>　　　　Defendants. | Civil Action No. . 1:10-cv-03311-PKC |

## NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that plaintiff, KEB NY Financial Corp. ("KEB" or "Plaintiff"), by its undersigned counsel, Duane Morris LLP, will hereby move before this Court, Hon. P. Kevin Castel, United States District Judge, for an order pursuant to Fed. R. Civ. P. 55(b) granting plaintiff's motion for entry of default judgment in plaintiff's favor against defendants Winchester Property LLC and Sun Hee Chun, individually.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the Complaint filed commencing the within action, the Declaration of T. Steven Har filed simultaneously herewith,

the enclosed Clerk's Certificate, and the enclosed proof of service of the summons and complaint, in support of the within motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of default judgment has been annexed hereto.

Dated: New York, New York
December 20, 2010

                        DUANE MORRIS LLP
                        *Attorneys for Plaintiff, KEB NY Financial Corp.*

By: _____*s/ T. Steven Har*_____
      T. Steven Har
1540 Broadway
New York, New York 10036
212) 692-1000
(212) 692-1020
TSHar@duanemorris.com

To:    Winchester Properties LLC
        3506 Cazassa Road
        Memphis, TN 38116

        Winchester Properties LLC
        c/o David J. Johnson, Esq.
        David J. Johnson, P.C.
        1709 Kirby Parkway
        Memphis, TH 38116

        Sun Hee Chun
        2704 Tall Pines
        Pine Hill, NJ 08021

DM1\2440518.1