UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KEB NY FINANCIAL CORP.,          :
                                 :    1:10-cv-03311 (PKC)
              Plaintiff,         :
                                 :
       -against-                 :    **CERTIFICATE OF SERVICE**
                                 :
WINCHESTER PROPERTY LLC and      :
SUN HEE CHUN                     :
                                 :
              Defendants.        :
-------------------------------------------------------------X

    I, JULIA L. WATTS, hereby certify that I am employed in the County of New York, State of New York, am over the age of 18 and not a party to the within action. My business address is 1540 Broadway, 12th Floor, New York, New York 10036.

    On December 20, 2010, I served the foregoing document(s) described as: NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT, DECLARATION OF T. STEVEN HAR IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b), EXHIBITS A-E, and DEFAULT JUDGMENT on the interested parties in this action via First Class Mail, at the addresses listed below, as follows:

Winchester Property, LLC
4111 West Manor Circle
Memphis, TN 38116

Winchester Properties LLC
3506 Cazassa Road
Memphis, TN 38116

Winchester Properties LLC
c/o David J. Johnson, Esq.
David J. Johnson, P.C.
1709 Kirby Parkway
Memphis, TH 38116

Sun Hee Chun
2704 Tall Pines
Pine Hill, NJ 08021

DM1\2443991.1

by placing a true copy thereof enclosed in a sealed envelope, addressed as above, and by placing said sealed envelope for collection and mailing on that date.

*Julia L. Watts*

Julia L. Watts

Sworn to before me this 21st day of December, 2010.

*Laurie Deale*

NOTARY PUBLIC

LAURIE DEALE
Notary Public, State of New York
No. 01DE6144191
Qualified in WestChester County
COMMISSION EXPIRES 04/24/2014

DM1\2443991.1

## Motions

1:10-cv-03311-PKC KEB NY Financial Corp. v. Winchester Property LLC et al
ECF

## U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Har, Taewoong on 12/20/2010 at 6:18 PM EST and filed on 12/20/2010

**Case Name:** KEB NY Financial Corp. v. Winchester Property LLC et al
**Case Number:** 1:10-cv-03311-PKC
**Filer:** KEB NY Financial Corp.
**Document Number:** 12

**Docket Text:**
**MOTION for Default Judgment as to *Winchester Property LLC and Sun Hee Chun*. Document filed by KEB NY Financial Corp..(Har, Taewoong)**

**1:10-cv-03311-PKC Notice has been electronically mailed to:**

Taewoong Steven Har    tshar@duanemorris.com

**1:10-cv-03311-PKC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066153-0] [61c5c09be0662433c8b6adc1e0f6168db915ffff49da4ad8770096e6cb22d20457 b952683c2e39f57e327fdd530f771187423fc4c267788198ebb5fb085ce8c6]]

## Replies, Opposition and Supporting Documents
1:10-cv-03311-PKC KEB NY Financial Corp. v. Winchester Property LLC et al
ECF

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Har, Taewoong on 12/20/2010 at 6:21 PM EST and filed on 12/20/2010

**Case Name:** KEB NY Financial Corp. v. Winchester Property LLC et al
**Case Number:** 1:10-cv-03311-PKC
**Filer:** KEB NY Financial Corp.
**Document Number:** 13

**Docket Text:**
**DECLARATION of T. Steven Har in Support re: [12] MOTION for Default Judgment as to** *Winchester Property LLC and Sun Hee Chun..* **Document filed by KEB NY Financial Corp.. (Attachments: # (1) Text of Proposed Order Default Judgment as to Winchester Property LLC, # (2) Text of Proposed Order Default Judgment as to Sun Hee Chun)(Har, Taewoong)**

**1:10-cv-03311-PKC Notice has been electronically mailed to:**

Taewoong Steven Har    tshar@duanemorris.com

**1:10-cv-03311-PKC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066165-0] [00240d7ad2accf04fed1bc20d038190fa291a6616f79e1b2268665a673011d92a5
a3008b47e0bb50751ebde4caa19ee58ddcf8b2bac90ebf47a800afbcb6f278]]
**Document description:** Text of Proposed Order Default Judgment as to Winchester Property LLC
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066165-1] [75706683a8e9f88ddf9f736bd380fa22544eb33b4cc6a375a9c522362c453d00b6
1ccc78d000d99a32ae830db536be14097ae2788335bc8f979a63bcf1af3985]]
**Document description:** Text of Proposed Order Default Judgment as to Sun Hee Chun
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/20/2010] [FileNumber=8066165-2] [0a6c254fabddc9d5cab28271179ced4d02d7437e1a5d50a17e0ce806cdbe36fef6
8f06e05dacac8d5b67affac43c1d720f47e8a70646c5ddd1380fc5b68316f9]]